OSTERMOOR & CO., Inc., v. JOHN A. SCHWARZ, Inc.

(Court of Appeals of District of Columbia. Submitted January 20, 1926. Decided May 3, 1926.)

No. 1802.

Trade-marks and trade-names and unfair competition ⊚⇒43.

Picture of mattress *held* publici juris, as affecting applicant's right to incorporate it in composite trade-mark.

Appeal from the Commissioner of Patents.

Proceeding by John A. Schwarz, Inc., for registration of trade-mark, opposed by Ostermoor & Co., Inc. From a decision of the Commissioner of Patents, dismissing its opposition, opposer appeals. Affirmed.

C. C. Cousins, of New York City, and H. F. Riley, of Washington, D. C., for appellant.

C. E. Riordon, of Washington, D. C., and Morris Kirschstein, of New York City, for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

PER CURIAM. Appeal from concurrent decisions of the tribunals of the Patent Office in a trade-mark opposition proceeding, dismissing the opposition.

We agree with the Patent Office that the picture of a mattress, involved in the marks upon which the opposition is based and in applicant's mark, is publici juris, and therefore may be incorporated in applicant's composite mark. See Ostermoor & Co. v. Rose Spring & Mattress Co., 55 App. D. C. 307, 5 F.(2d) 268.

The decision is affirmed.